IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Vernon James Hamaley,<br><br>                    Defendant. | No. CR-13-8056-001-PCT-GMS<br><br>**ORDER** |

Upon motion of the defendant (Doc. 50), no objection from the government and good cause appearing,

IT IS HEREBY ORDERED continuing the Admit Deny Hearing from June 23, 2015, to July 7, 2015, at 10:00 AM in Courtroom 303, 401 West Washington Street, Phoenix, Arizona.

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____to _____.

Dated this 22nd day of June, 2015.

_____

Michelle H. Burns
United States Magistrate Judge